**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6919

TRAVIS LEE BOWEN,

                  Plaintiff - Appellant,

            v.

ROBERT ARIAIL, 13th Circuit Solicitor; STEVE LOFTIS,
Greenville County Sheriff,

                  Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Cameron McGowan Currie, District
Judge.  (8:10-cv-01249-CMC)

Submitted: November 18, 2010        Decided: December 1, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Travis Lee Bowen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Lee Bowen appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bowen v. Ariail, No. 8:10-cv-01249-CMC (D.S.C. June 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED